In the Matter of EARL C. SYLVANDER et al., Appellants, v. RICHARD E. STEWART, as Superintendent of Insurance of the State of New York, Respondent.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Henry, JJ.